UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION – IN ADMIRALTY
No. 4:11-CV-112-FL

| | |
|---|---|
| HILTON S. FOSTER, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPRESS MARINE, INC. | ) |
| | ) |
| Defendant | ) |

## DISMISSAL ORDER

This day came the parties and represented to the Court that all disputes between them in this action have been settled and resolved. It therefore appearing to the Court that this matter ought to be dismissed, it is hereby ORDERED that this matter is dismissed, with prejudice, each party to bear its own costs.

This brings this matter to a final resolution of all claims and closes the case.

Entered this 2nd day of November, 2012.

_____
U.S. District Court Judge

WE ASK FOR THIS:

*[signature]*

David N. Ventker, Esq. (NC Bar No. 26028)
Marissa M. Henderson (Va. Bar No. 44156)
Ventker & Warman, PLLC
101 West Main Street, Suite 810
Norfolk, Virginia 23510
Telephone:   (757) 625-1192
Facsimile:   (757) 625-1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
*Counsel for Express Marine, Inc.*

SEEN AND AGREED:

*[signature]*

Stevenson L. Weeks, Esq.
Wheatly, Wheatly, Weeks & Lupton, P.A.
710 Cedar Street, P.O. Box 360
Beaufort, NC 28516
slw@wwnwpa.com


*[signature]* Charles K. McCotter, Jr.

Charles K. McCotter, Jr.
McCotter, Ashton & Smith, P.A.
3515 Trent Road, Suite 14, P.O. Box 12800
New Bern, NC 28561
ckm@justice.com


*[signature]*

Samuel J. Rosenthal, Esq.
Barish Rosenthal
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
ssrosen2@gmail.com

*Attorneys for Plaintiff Hilton S. Foster, Jr.*